UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **STEVEN CURTIS RICE,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PRIORITY 1 LENDING, LLC**,<br><br>*Defendant.* | Case No. 2:23-cv-12555-LJM-EAS |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Steven Rice hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 3rd day of January, 2024. Respectfully submitted,

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff*