UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN CURTIS RICE,<br><br>    Plaintiff,<br><br>v.<br><br>PRIORITY 1 LENDING, LLC,<br><br>    Defendant. | Case No. 23-12555<br>Honorable Laurie J. Michelson |

## ORDER OF DISMISSAL

Pursuant to the January 3, 2024, Notice of Voluntary Dismissal (ECF No. 6), the Court considers this case to be DISMISSED WITHOUT PREJUDICE and will close the case without further order. *Aamot v. Kassel*, 1 F.3d 441, 445 (6th Cir. 1993) ("[A] Rule 41(a)(1) notice of dismissal is self-effectuating, leaving no basis upon which a District Court can prevent such a dismissal.").

SO ORDERED.

Dated: January 3, 2024

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE